UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

BING GUAN, *et al.*,

        Plaintiffs,                19-cv-6570 (PKC)

  - *versus* -

CHAD WOLF, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that F. Franklin Amanat, Senior Counsel at the United States Attorney's Office for the Eastern District of New York, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

Dated:  Brooklyn, New York         Respectfully submitted,
        November 26, 2019

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                            By:   /s/  {FILED ELECTRONICALLY}
                                        F. FRANKLIN AMANAT
                                        Senior Counsel
                                        271A Cadman Plaza East, 7th Floor
                                        Brooklyn, NY  11201
                                        Tel:  (718) 208-6024
                                        Fax: (718) 254-6081
                                        franklin.amanat@usdoj.gov