AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:19-cv-6570

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mark Morgan, in his official capacity as the Acting Commissioner of U.S. Customs and Border Protection

was received by me on *(date)*   11/21/2019   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served Mark Morgan by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Mr. Morgan on 11/22/2019. Please see the attached USPS receipts and delivery confirmations which show that the summons and complaints were delivered to (1) Mr. Morgan, (2) the Attorney General of the United States, and (3) the Civil Process Clerk of the U.S. Attorney's Office for the Eastern District of New York on 11/25/2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/26/2019

_____
*Server's signature*

Adeline Lee, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street
18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 11/22/2019 and (2) sending a copy of the complaint and of all summonses to the U.S. Attorney's office for the Eastern District of New York, by USPS certified mail on 11/22/2019. Please see the attached USPS receipts and delivery notices.

Print     Save As...     Reset







# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70191120000206219333

Remove ✕

Your item was delivered to an individual at the address at 7:11 am on November 25, 2019 in WASHINGTON, DC 20229.

 **Delivered**

November 25, 2019 at 7:11 am
Delivered, Left with Individual
WASHINGTON, DC 20229

**Get Updates** ⌄

Feedback

---

### Text & Email Updates
⌄

---

### Tracking History
⌃

**November 25, 2019, 7:11 am**
Delivered, Left with Individual
WASHINGTON, DC 20229
Your item was delivered to an individual at the address at 7:11 am on November 25, 2019 in WASHINGTON, DC 20229.

---

**November 24, 2019, 11:13 am**
Available for Pickup
WASHINGTON, DC 20229

---

**November 24, 2019, 7:36 am**
Arrived at Hub
WASHINGTON, DC 20018

**November 23, 2019, 5:30 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 23, 2019**
In Transit to Next Facility

**November 22, 2019, 10:49 pm**
Departed USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**November 22, 2019, 9:59 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**November 22, 2019, 6:42 pm**
Departed Post Office
NEW YORK, NY 10004

**November 22, 2019, 3:15 pm**
USPS in possession of item
NEW YORK, NY 10004

Feedback

## Product Information ⌃

| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $50 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940252669154471947 (/go/TrackConfirmAction?tLabels=9590940252669154471947) |
|---|---|---|

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70191120000206219357

Remove ✕

Your item was delivered at 5:10 am on November 25, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 25, 2019 at 5:10 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄



Feedback

---

### Text & Email Updates                                              ⌄

---

### Tracking History                                                   ⌃

**November 25, 2019, 5:10 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:10 am on November 25, 2019 in WASHINGTON, DC 20530.

---

**November 24, 2019, 11:26 am**
Available for Pickup
WASHINGTON, DC 20530

---

**November 24, 2019, 8:37 am**
Arrived at Hub
WASHINGTON, DC 20018

---

Case 1:19-cv-06570-PKC-MMH    Document 7    Filed 11/27/19    Page 6 of 9 PageID #: 57

**November 23, 2019, 5:29 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

---

**November 23, 2019**
In Transit to Next Facility

---

**November 22, 2019, 10:47 pm**
Departed USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**November 22, 2019, 10:01 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**November 22, 2019, 6:42 pm**
Departed Post Office
NEW YORK, NY 10004

---

**November 22, 2019, 3:15 pm**
USPS in possession of item
NEW YORK, NY 10004

---

Feedback

## Product Information ^

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940252669154472050 (/go/TrackConfirmAction?tLabels=9590940252669154472050) |
| | Up to $50 insurance included. Restrictions Apply ⓘ | |

**See Less ^**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs ›

## Track Another Package ✕

Enter up to 35 tracking numbers separated by commas

### Track

**Tracking Number:** 70191120000206219340    Remove ✕

Your item was picked up at a postal facility at 9:36 am on November 25, 2019 in BROOKLYN, NY 11201.

Feedback

## ✓ Delivered

November 25, 2019 at 9:36 am
Delivered, Individual Picked Up at Postal Facility
BROOKLYN, NY 11201

### Text & Email Updates ⌄

### Tracking History ⌃

**November 25, 2019, 9:36 am**
Delivered, Individual Picked Up at Postal Facility
BROOKLYN, NY 11201
Your item was picked up at a postal facility at 9:36 am on November 25, 2019 in BROOKLYN, NY 11201.

**November 25, 2019, 7:10 am**
Out for Delivery

BROOKLYN, NY 11201

---

**November 23, 2019, 1:48 pm**
Arrived at Unit
BROOKLYN, NY 11201

---

**November 23, 2019, 8:02 am**
Arrived at USPS Facility
BROOKLYN, NY 11201

---

**November 23, 2019, 3:29 am**
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

---

**November 23, 2019, 2:14 am**
Departed USPS Regional Facility
METRO NY DISTRIBUTION CENTER

---

**November 23, 2019, 12:40 am**
Arrived at USPS Regional Facility
METRO NY DISTRIBUTION CENTER

---

**November 22, 2019, 10:24 pm**
Departed USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**November 22, 2019, 10:02 pm**
Arrived at USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

---

**November 22, 2019, 6:42 pm**
Departed Post Office
NEW YORK, NY 10004

---

**November 22, 2019, 3:15 pm**
USPS in possession of item
NEW YORK, NY 10004

---

Feedback

## Product Information

| **Postal Product:** | **Features:** | **See tracking for related item:** |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940252669154471930 |
| | Up to $50 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940252669154471930) |

---

**See Less** ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback