UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BING GUAN, GO NAKAMURA, MARK ABRAMSON,
KITRA CAHANA, and ARIANA DREHSLER,

                Plaintiffs,

         -against-

CHAD WOLF, Acting Secretary of the U.S. Department of
Homeland Security, in his official capacity; MARK MORGAN,
Acting Commissioner of U.S. Customs and Border Protection,
in his official capacity; MATTHEW ALBENCE, Acting
Director of U.S. Immigration and Customs Enforcement, in
his official capacity,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action
No. 19-CV-6570

(Chen, J.)

## **NOTICE OF APPEARANCE**

          PLEASE TAKE NOTICE that Assistant United States Attorney Ekta R. Dharia

hereby enters an appearance in the above-captioned action as counsel for all Defendants.   The

undersigned certifies that she is admitted to practice in this Court.   This appearance is made

without any waiver to service, venue, or jurisdiction.

Dated: Brooklyn, New York
      November 27, 2019

                         RICHARD P. DONOGHUE
                         United States Attorney
                         Eastern District of New York
                         *Attorney for Defendant United States of America*
                         271-A Cadman Plaza East
                         Brooklyn, NY 11201

           By:       /s/  Ekta R. Dharia
                         Ekta R. Dharia
                         Assistant U.S. Attorney
                         (718) 254-7520
                         ekta.dharia@usdoj.gov