# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Bing Guan, et al. </br>*Plaintiff* </br> v. </br> Chad Wolf, et al. </br>*Defendant* | ) </br> ) </br> ) Case No. 1:19-cv-6570-PKC </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 11/27/2019

/s/ Antony P. F. Gemmell
*Attorney's signature*

Antony P. F. Gemmell, NY Bar No. 5101639
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
*Address*

agemmell@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*