AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Bing Guan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-6570-PKC |
| Chad Wolf, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 12/02/2019

/s/ Scarlet Kim
*Attorney's signature*

Scarlet Kim, NY Bar No. 5025952
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004

*Address*

scarletk@aclu.org
*E-mail address*

(646) 885-8350
*Telephone number*

(212) 549-2583
*FAX number*