

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2020

**BY EMAIL ONLY**

Esha Bhandari  ebhandari@aclu.org
Scarlet Kim   scarletk@aclu.org
        American Civil Liberties Union Foundation

Antony Gemell   agemmell@nyclu.org
Christopher Dunn   cdunn@nyclu.org
        New York Civil Liberties Union Foundation

Mitra Ebadolahi   mebadolahi@aclusandiego.org
Sarah Thompson   sthompson@aclusandiego.org
        ACLU Foundation of San Diego & Imperial Counties

> Re:   *Bing Guan, et al. v. Chad F. Wolf, et al.*,
>        Civil No. 19-CV-6570 (PKC/JO)

Dear Counsel:

      We represent the Defendants in the above-referenced action. In accordance with the scheduling order previously endorsed by the court, enclosed please find courtesy service copies of Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction, Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim upon which relief may be granted, Federal Rule of Civil Procedure 12(b)(6). Enclosed please also find courtesy service copies of the memorandum of law, declaration, and exhibits in support of said motion. Pursuant to Judge Chen's individual practice rules, these papers are being served but not filed at this time; they will be filed with the rest of the briefing bundle once briefing has been completed. Pursuant to those same rules, only a copy of this cover letter is being filed on the public docket at this time.

Counsel for Plaintiffs
*Guan v. Wolf*, No. 19-6570 (PKC/JO)
May 21, 2020
Page 2

      We look forward to receiving your opposition papers in due course. Until then, we remain,

                          Very truly yours,

                          RICHARD P. DONOGHUE
                          United States Attorney

            By:    /s/ {FILED ELECTRONICALLY}
                    F. FRANK AMANAT
                    EKTA R. DHARIA
                    Assistant U.S. Attorneys
                    (718) 254-6024/7520
                    franklin.amanat@usdoj.gov
                    ekta.dharia@usdoj.gov

cc (cover letter only w/o Exhibits): ECF docket in 19-CV-6570

Encls.:  Notice of Motion to Dismiss
         Memorandum of Law
         Declaration of Michael B. Firing
         Exhibits 1-10 in Support of Motion