

**LEGAL DEPARTMENT**

National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
Fax: (212) 549-2644
aclu.org

Susan N. Herman
*President*

Anthony D. Romero
*Executive Director*

Richard Zacks
*Treasurer*

May 29, 2020

***VIA CM/ECF***

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Bing Guan, et al. v. Chad F. Wolf, et al.*,
        Civil No. 19-CV-6570 (PKC/JO)

Dear Judge Chen,

    Plaintiffs' counsel respectfully request a 21-day extension of time to serve their brief in opposition to Defendants' motion to dismiss, served on Plaintiffs on May 21, 2020. Per this Court's minute order dated April 3, 2020, Plaintiffs are due to serve their opposition brief by June 26, 2020. Plaintiffs respectfully request the desired extension of time due to the press of other business, including litigation deadlines in other cases. This is the Plaintiffs' first requested extension of time to respond to this motion.

    We have conferred with counsel for the Defendants and have been authorized by them to inform the Court that Defendants do not oppose the requested extension.

    If our request is approved, the Plaintiffs' deadline to serve our opposition brief would be July 17, 2020, and the Defendants' deadline to serve their reply and file the fully-briefed motion would be August 14, 2020.

                              Respectfully submitted,

                              *s/ Esha Bhandari*
                              Esha Bhandari
                              Scarlet Kim
                              AMERICAN CIVIL LIBERTIES
                              UNION FOUNDATION
                              125 Broad Street,
                              18th Floor
                              New York, NY 10004
                              (212) 549-2500 (phone)
                              (212) 549-2583 (fax)
                              ebhandari@aclu.org
                              scarletk@aclu.org

| | |
|---|---|
| Antony Gemmell | Mitra Ebadolahi |
| Christopher Dunn | Sarah Thompson |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 125 Broad Street, | P.O. Box 87131 |
| 19th Floor | San Diego, CA 92138-7131 |
| New York, NY 10004 | (619) 232-2121 (phone) |
| (212) 607-3300 (phone) | (619) 232-0036 (fax) |
| (212) 607-3318 (fax) | mebadolahi@aclusandiego.org |
| agemmell@nyclu.org | sthompson@aclusandiego.org |
| cdunn@nyclu.org | |

*Counsel for Plaintiffs*

**cc: By CM/ECF**

F. Franklin Amanat
Ekta R. Dharia
*Assistant U.S. Attorneys*