July 17, 2020

***VIA EMAIL***

F. Franklin Amanat
Ekta R. Dharia
Assistant U.S. Attorneys
Eastern District of New York
271A Cadman Plaza East
Brooklyn, NY 11201-1820

    Re: *Bing Guan, et al. v. Chad F. Wolf, et al.*,
       Civil No. 19-CV-6570 (PKC/JO)

Dear Counsel,

    We represent the Plaintiffs in the above-referenced action. In accordance with the Court's scheduling orders dated May 29, 2020 and March 6, 2020, we attach a service copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Complaint.

    Pursuant to Judge Pamela K. Chen's Individual Practices and Rules, only a copy of this letter will be filed on the public docket at this time. Plaintiffs will file the accompanying Memorandum of Law in Opposition when briefing on Defendants' Motion to Dismiss is complete.

    Respectfully submitted,

    *s/ Esha Bhandari*
    Esha Bhandari
    Scarlet Kim
    Arianna Demas
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
    125 Broad Street,
    18th Floor
    New York, NY 10004
    (212) 549-2500 (phone)
    (212) 549-2583 (fax)
    ebhandari@aclu.org
    scarletk@aclu.org
    ademas@aclu.org



**LEGAL DEPARTMENT**

National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
Fax: (212) 549-2644
aclu.org

Susan N. Herman
*President*

Anthony D. Romero
*Executive Director*

Richard Zacks
*Treasurer*

| | |
|---|---|
| Antony Gemmell | Mitra Ebadolahi |
| Christopher Dunn | Sarah Thompson |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 125 Broad Street, 19th Floor | P.O. Box 87131 |
| New York, NY 10004 | San Diego, CA 92138-7131 |
| (212) 607-3300 (phone) | (619) 232-2121 (phone) |
| (212) 607-3318 (fax) | (619) 232-0036 (fax) |
| agemmell@nyclu.org | mebadolahi@aclusandiego.org |
| cdunn@nyclu.org | sthompson@aclusandiego.org |

*Counsel for Plaintiffs*

Cc (cover letter only): Docket for Case No. 19-CV-6570

Encl.: Memorandum of Law in Opposition to Defendants' Motion to Dismiss Complaint