UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BING GUAN, GO NAKAMURA, MARK
ABRAMSON, KITRA CAHANA, ARIANA
DREHSLER,

                          Plaintiff,

      -against-

ALEJANDRO MAYORKAS, Secretary
of the U.S. Department of Homeland
Security, in his official capacity, et. al.   Defendant,
--------------------------------------------------------X

**CASE MANAGEMENT PLAN**

**Docket Number:** 19-CV-6570(PKC)(RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by May 13, 2021

2. No additional parties may be joined after April 21, 2021

3. No amendment of the pleadings will be permitted after April 21, 2021.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: July 6, 2021.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   - (a) expert witnesses on or before September 22, 2021
   - (b) rebuttal expert witnesses on or before October 22, 2021

6. All discovery, including depositions of experts, shall be completed on or before December 21, 2021 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined**.)

    ☐ Yes    **X** No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link:
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

ESHA BHANDARI
Attorney for Plaintiffs
125 Broad Street,
18th Floor
New York, NY 10004
ebhandari@aclu.org
Tel.: (212) 549-2500
Fax: (212) 549-2583

MARK J. LESKO
Acting U.S. Attorney
DAVID A. COOPER
EKTA R. DHARIA
Assistant U.S. Attorneys
*Attorney for Defendants*
271-A Cadman Plaza East
Brooklyn, New York 11201
david.cooper4@usdoj.gov
ekta.dharia@usdoj.gov
Tel: (718) 254-6228 / 7520