AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Bing Guan, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-06570-PKC-MMH |
| Alejandro Mayorkas, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/17/2022

/s/ Elizabeth Gyori
*Attorney's signature*

Elizabeth Hui Gyori, Bar No. 5777636
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
*Address*

egyori@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2583
*FAX number*