# **EXHIBIT 11**

Operation Secure Line
Incident Narrative for January 1, 2019 Event
(b) (7)(E) Station
GPS Coordinates (b) (7)(E)

**Background:**
On December 31, 2018 at approximately 1730 hours, reports from Border Patrol, San Diego Sector (b) (7)(E) and International Liaison Unit personnel located at the (b) (7)(E) informed the San Diego Area Command, Region IX EOC, San Diego Sector, and Border Patrol Stations of approximately 250 migrants moving from the Barretal shelter in Tijuana towards the United States/Mexico International Boundary. Specific location identified was the (b) (7)(E) area in the (b) (7)(E) Station (b) (7)(E) Area of Responsibility (AOR). Migrants were being transported via bus, trucks, and other conveyances. At approximately 1900 hours, migrants were being dropped off at locations south of landmarks known to Border Patrol Agents as (b) (7)(E) AOR. Clarifying reports indicate up to 350 migrants leaving the Barretal shelter.

The following is a timeline of events that involved multiple subjects attempting to make illegal entry into the United States, assaults on responding Border Patrol agents, and less lethal deployments by Border Patrol agents in response to rocks being thrown at agents from the Mexican side of the border.

**Timeline:**
1856 hours:
- (b) (6), (b) (7)(C) is overhead at (b) (7)(E) feeding video into (b) (7)(E)
- 2-3 small buses off-loading about 15-20 people.
- Small groups of 5-7 spotted by (b) (7)(E) heading westward, south of (b) (7)(E) (b) (7)(E) area.

2014 hours: Approximately 100 subjects amassing south of the US/Mexico international boundary fence between (b) (7)(E) areas.

2019 hours: 20-30 subjects were seen leaving south of (b) (7)(E) walking eastbound.

2055 hours: Additional 45-50 subjects arrived south of the primary fence, south of (b) (7)(E)

2104 hours: BORTAC agent deployed smoke to gauge wind direction near the United States/Mexico International Boundary south of (b) (7)(E)

2118 hours: Approximately 25-30 subjects were seen south of the primary fence walking eastbound from (b) (7)(E)

2135 hours: Approximately 20 subjects were seen south of the primary fence walking westbound from (b) (7)(E)

**January 1, 2019**
0130 hours:
- Approximately 45 migrants observed south of the fence at (b) (7)(E)
- Groups of 12 –15 migrants scattered just south of the fence between (b) (7)(E) (b) (7)(E)
- Groups of migrants staged total approximately 100.

Approximately 0145 hours:
- An agent from (b) (7)(E) patrolling near the International Border Fence about (b) (7)(E) (b) (7)(E) came under a barrage of rocks thrown at him from Mexico.
- The rocks did not hit the agent nor his All-Terrain Vehicle (ATV).
- There were no less-lethal devices deployed after the initial rocking.
- (b) (7)(E) agents and additional Mobile Field Force agents from the San Diego Sector Special Operations Detachment were deployed to the area in an attempt to deter further aggression.
- Media (unknown outlets) observed in Mexico south of (b) (7)(E)

0200 hours: The group can be heard by agents calling for the cameras to start filming as they bring the women and children up front to the south side of the fence.

0235 hours (b) (7)(E) was contacted and reported that GoM were unable to respond due to increased (b) (7)(E) in Tijuana.

At approximately 0245 hours:
- Subjects in Mexico began throwing rocks at agents from an elevated position.
- A group of approximately 20 subjects crossed over the primary border fence and through a gap in the fence near (b) (7)(E)
- Women and children wrapped in blankets were observed by agents crossing over the fence into the concertina wire along the north side of the fence.
- Children were observed being held over the top of the fence and cameramen hanging on the fence from the Mexican side taking photographs of the children.
- Agents responded to the area in attempt to rescue any children being dropped over the fence.
- In response to the continued rockings, agents deployed less lethal munitions.
- No munitions were deployed in the area of women and children.
- Several in the group of aliens returned to Mexico over the top of the fence and through a gap in the fence.
- There were no injuries to agents or to any of the illegal aliens that were arrested.
- Air Support arrived on scene, assisted in dispersing the large group of subjects massed south of the primary fence.
- Less Lethal munitions deployed
    - 
    - 
    - 
    -

- o
  - (b) (7)(E)
- o
- At this time, the aliens attempting the incursion, to include those with children, returned to Mexico via a hole under the fence and by climbing over the fence.

0335 hours:
- 25 migrants attempted entry, 11 Honduran nationals were arrested.
- 6 adult males, 3 adult females, 2 male juveniles (ages 15 and 17).
- The remaining subjects returned to Mexico.

0436 hours:  Group is largely dispersed, but small pockets remain "roaming around" the area south of the fence.  No further entries attempted.









*Adult individual forces a child over the fence – agents assist child to avoid injury from concertina wire*



