UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BING GUAN, GO NAKAMURA, MARK ABRAMSON, KITRA CAHANA, and ARIANA DREHSLER,

        Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; TROY MILLER, Acting Commissioner of U.S. Customs and Border Protection; and TAE JOHNSON, Acting Director of the U.S. Immigration and Customs Enforcement, in his official capacity,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action
No. 19-cv-6570

(Chen, J.)
(Henry, M.J.)

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule ("LCR") 1.4, Ekta R. Dharia, Assistant United States Attorney with the United States Attorney's Office for the Eastern District of New York, respectfully moves to withdraw as counsel for Defendants in the above-captioned case. Philip DePaul, Assistant United States Attorney with the United States Attorney's Office for the Eastern District of New York, will replace Ms. Dharia as counsel for Defendants in this action. In support of this application, the Movant submits the annexed Declaration of Ekta R. Dharia. Pursuant to LCR 1.4, a copy of this Motion has been served on the federal government client agencies and, through the ECF system, on counsel for Plaintiffs.

Dated: July 11, 2023
     Brooklyn, New York

BREON PEACE
United States Attorney
Eastern District of New York
*Attorney for Defendants*

By:    */s/ Ekta R. Dharia*
Ekta R. Dharia
Assistant United States Attorney
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-7520
ekta.dharia@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BING GUAN, GO NAKAMURA, MARK ABRAMSON,
KITRA CAHANA, and ARIANA DREHSLER,

                       Plaintiffs,

                v.

ALEJANDRO MAYORKAS, Secretary of the U.S. Department
of Homeland Security, in his official capacity; TROY MILLER,
Acting Commissioner of U.S. Customs and Border Protection;
and TAE JOHNSON, Acting Director of the U.S. Immigration
and Customs Enforcement, in his official capacity,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action
No. 19-cv-6570

(Chen, J.)
(Henry, M.J.)

## DECLARATION OF EKTA R. DHARIA
## PURSUANT TO LOCAL CIVIL RULE 1.4

**EKTA R. DHARIA** respectfully declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Eastern District of New York. I have served in this capacity since September 2019.

2. I have served as counsel for Defendants in this action since November 27, 2019. *See* Dkt. 10. The posture of this case is as follows: Plaintiffs filed a motion to compel discovery on April 25, 2023, which Defendants opposed on May 16, 2023. *See* Dkts. 91-99. The deadline for the completion of fact discovery is July 31, 2023. *See* Dkt. 86.

3. I am moving to withdraw as counsel for Defendants in this action because I will be leaving the United States Attorney's Office for the Eastern District of New York. My last day in the Office will be July 28, 2023.

4. My departure from the United States Attorney's Office for the Eastern District of New York provides a satisfactory reason for, and indeed necessitates, my withdrawal as counsel for Defendants in this action, which has been reassigned to my colleague, Philip DePaul, Assistant United States Attorney with the United States Attorney's Office for the Eastern District of New York.

5. As this is a government case, there is no retaining or charging lien involved.

Dated: July 11, 2023
      Brooklyn, New York

By:    */s/ Ekta R. Dharia*
      Ekta R. Dharia
      Assistant United States Attorney
      Eastern District of New York
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      (718) 254-7520
      ekta.dharia@usdoj.gov