

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

September 12, 2024

**By ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Guan, et al. v. Mayorkas, et al.*, No. 19-cv-6570 (Chen, J.) (Henry, M.J.)

Dear Judge Henry:

This Office represents Defendants Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security ("DHS") in his official capacity; Troy Miller, Acting Commissioner of U.S. Customs and Border Protection ("CBP") in his official capacity; and Tae Johnson, Acting Director of U.S. Immigration and Customs Enforcement ("ICE") in his official capacity (collectively, "Defendants") in the above-referenced action. Defendants write on behalf of all parties to: (1) respectfully inform the Court that the parties have resumed settlement discussions and are making progress; and (2) respectfully request that the Court hold in abeyance any ruling on the pending motion to compel, *see* ECF Nos. 93-94, 98-99, until October 15, 2024, at which time the parties propose providing the Court with a further status update on the progress of settlement discussions.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    */s/ Philip R. DePaul*
PHILIP R. DePAUL
Assistant United States Attorney
(718) 254-7503
philip.depaul@usdoj.gov

cc:    All Counsel (by ECF)