**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*
*271 Cadman Plaza East*
*Brooklyn, New York 11201*

**By ECF**                                                                                              October 14, 2024

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Guan, et al. v. Mayorkas, et al.*, No. 19-cv-6570 (Chen, J.) (Henry, M.J.)

Dear Judge Henry:

      This Office represents Defendants Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security ("DHS") in his official capacity; Troy Miller, Acting Commissioner of U.S. Customs and Border Protection ("CBP") in his official capacity; and Tae Johnson, Acting Director of U.S. Immigration and Customs Enforcement ("ICE") in his official capacity (collectively, "Defendants") in the above-referenced action. Defendants write on behalf of all parties pursuant to the Court's Order dated September 12, 2024, requiring the parties to "file a joint status report indicating their progress with settlement discussions" by October 15, 2024. *See* ECF Order dated Sept. 12, 2024.

      The parties respectfully inform the Court that the parties are continuing the settlement discussions referenced in their September 12, 2024 letter, *see* ECF No. 115, and have made further progress. The parties respectfully submit, however, that additional time is needed to determine if the parties can reach agreement on a few outstanding issues. As such, the parties respectfully request that the Court direct them to provide a further status update on the progress of settlement discussions by November 14, 2024.

      The parties thank the Court for its consideration of this matter.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

              By:    */s/ Philip R. DePaul*
                            PHILIP R. DePAUL
                            Assistant United States Attorney
                            (718) 254-7503
                            philip.depaul@usdoj.gov

cc:    All Counsel (by ECF)