

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*
271 Cadman Plaza East
Brooklyn, New York 11201

**By ECF**

January 27, 2025

Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Guan, et al. v. Mayorkas, et al.*, No. 19-cv-6570 (Chen, J.) (Henry, M.J.)

Dear Judge Henry:

    This Office represents Defendants Benjamine Huffman, Acting Secretary of the U.S. Department of Homeland Security ("DHS") in his official capacity; Pete R. Flores, the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection ("CBP") in his official capacity; and Caleb Vitello, Acting Director of U.S. Immigration and Customs Enforcement ("ICE") in his official capacity (collectively, "Defendants") in the above-referenced action.[1] Defendants write on behalf of all parties pursuant to the Court's Order dated January 10, 2025, requiring the parties to "file a joint status report indicating their progress with settlement discussions" by January 27, 2025. *See* ECF Order dated Jan. 10, 2025.

    As explained in the parties' previous status update, the parties have reached a settlement in principle, subject to internal Department of Justice approvals. *See* ECF No. 123. The parties respectfully inform the Court that they are still working expeditiously to obtain the necessary internal approvals and to finalize their written agreement. The parties therefore respectfully request that the Court direct the parties to provide another status report on or before February 18, 2025. In addition, the parties remain available to appear for a status conference should the Court wish to hear from the parties further. The parties thank the Court for its consideration of this matter.

    Respectfully submitted,

    JOHN J. DURHAM
    United States Attorney

By:    */s/ Philip R. DePaul*
    PHILIP R. DePAUL
    Assistant United States Attorney
    (718) 254-7503
    philip.depaul@usdoj.gov

cc:    All Counsel (by ECF)

---

[1] The named Defendants, sued in their official capacities, are substituted with their current acting counterparts pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.