**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By ECF**

August 29, 2025

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Guan, et al. v. Noem, et al.*, No. 1:19-CV-06570 (PKC/MMH)

Dear Judge Henry:

      We represent Plaintiffs Bing Guan, Go Nakamura, Mark Abramson, Kitra Cahana, and Ariana Drehsler in this action. Defendants are Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); Rodney Scott, Commissioner for U.S. Customs and Border Protection ("CBP"); and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the status conference held on July 9, 2025 and the Court's Minute Order of that same date, we write jointly on behalf of the parties to provide a status report.

      Since the July 9 status conference, the parties have continued to make progress with respect to completing their final written settlement agreement, and at this time the parties believe that they are nearing the conclusion of this process.

      The parties respectfully request that the Court direct the parties to file another status report on or before September 26, 2025. The parties remain available to appear for a status conference should the Court wish to hear from the parties further.

      We appreciate the Court's continued attention to this matter.

Respectfully submitted,

Andrew W. Hahn

cc:   All Counsel of Record (by ECF)