**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

**By ECF**                                                                                                November 26, 2025

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                **Re:  *Guan, et al. v. Noem, et al.*, No. 1:19-CV-06570 (PKC/MMH)**

Dear Judge Henry:

      We represent Plaintiffs Bing Guan, Go Nakamura, Mark Abramson, Kitra Cahana, and Ariana Drehsler in this action. Defendants are Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); Rodney Scott, Commissioner for U.S. Customs and Border Protection ("CBP"); and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's Minute Order dated October 7, 2025, we write jointly on behalf of the parties to provide a status report.

      Since the September 26 status report, the parties have continued to make progress with respect to completing their final written settlement agreement, and the parties believe that they are nearing the conclusion of this process.

      The parties respectfully request that the Court direct the parties to file another status report on or before January 9, 2026. The parties remain available to appear for a status conference should the Court wish to hear from the parties further.

      We appreciate the Court's continued attention to this matter.

                                                       Respectfully submitted,

                                                       *s/ C. William Phillips*

                                                       C. William Phillips

cc:     All Counsel of Record (by ECF)