**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

By ECF

January 9, 2026

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Guan, et al. v. Noem, et al.*, No. 1:19-CV-06570 (PKC/MMH)

Dear Judge Henry:

     We represent Plaintiffs Bing Guan, Go Nakamura, Mark Abramson, Kitra Cahana, and Ariana Drehsler in this action. Defendants are Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); Rodney Scott, Commissioner for U.S. Customs and Border Protection ("CBP"); and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's Minute Order dated December 1, 2025, we write jointly with Defendants to provide a status report.

     Counsel for the parties are pleased to report that today they have completed a final written settlement agreement, and that the parties are currently in the process of obtaining necessary signatures.

     The final written settlement agreement contemplates that the parties will jointly return to the Court at a later date with a stipulated proposed order of dismissal after certain agreed relief has been implemented.

     Accordingly, and for present purposes, the parties respectfully request that the Court stay this action and retain jurisdiction over the parties and the settlement pending the process of obtaining signatures and implementation of the relief outlined in their settlement agreement.

     The parties propose to file another status report on or before January 30, 2026. We appreciate the Court's attention to this matter.

Respectfully submitted,

Andrew W. Hahn

cc:    All Counsel of Record (by ECF)