**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

By ECF

January 29, 2026

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Guan, et al. v. Noem, et al.*, No. 1:19-CV-06570 (PKC/MMH)

Dear Judge Henry:

We represent Plaintiffs Bing Guan, Go Nakamura, Mark Abramson, Kitra Cahana, and Ariana Drehsler in this action. Defendants are Kristi Noem, Secretary of the U.S. Department of Homeland Security ("DHS"); Rodney Scott, Commissioner for U.S. Customs and Border Protection ("CBP"); and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"). Pursuant to the parties' status report dated January 9, 2026, we write jointly with Defendants to provide a further status report.

Counsel for the parties are pleased to report that the parties have now executed a final written settlement agreement, with an effective date of January 26, 2026.

The parties' settlement agreement contemplates that the parties will return to the Court with a stipulated proposed order of dismissal after certain items of relief have been implemented. Based on the timeline set forth in the settlement agreement, the parties currently expect that they will be able to return to the Court with a stipulated proposed order of dismissal within approximately 120 calendar days.

Accordingly, and for present purposes, the parties respectfully request that the Court stay this action and retain jurisdiction over the parties and the settlement pending implementation of the relief outlined in their settlement agreement.

The parties propose to file a stipulated proposed order of dismissal or a further status report on or before May 29, 2026. We appreciate the Court's attention to this matter.

Respectfully submitted,

Andrew W. Hahn

cc:   All Counsel of Record (by ECF)