**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BING GUAN, GO NAKAMURA, MARK ABRAMSON, KITRA CAHANA, and ARIANA DREHSLER,

          *Plaintiffs*,

          v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity; RODNEY SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity; and DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in his official capacity,

          *Defendants*.

No. 1:19-CV-06570 (PKC/MMH)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bing Guan, Go Nakamura, Mark Abramson, Kitra Cahana, and Ariana Drehsler, and Defendants Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Rodney Scott, Commissioner of U.S. Customs and Border Protection; and David J. Venturella, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement (collectively, the "Parties")[1], hereby stipulate that the above-captioned action is dismissed with prejudice, with each party to bear its own costs, fees and disbursements.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Markwayne Mullin and David J. Venturella automatically are substituted as Defendants.

DATED: May 22, 2026

By: _____

JOSEPH NOCELLA, JR.
United States Attorney

Philip R. DePaul
Marika M. Lyons
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-7503
philip.depaul@usdoj.gov
marika.lyons@usdoj.gov

*Counsel for Defendants*

Respectfully Submitted,

By: _____

Esha Bhandari
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (phone)
ebhandari@aclu.org
scarletk@aclu.org

Andrew W. Hahn
C. William Phillips
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
(212) 841-1000 (phone)
ahahn@cov.com
wphillips@cov.com

Megan Crowley (*pro hac vice*)
Daniel Grant (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (phone)
mcrowley@cov.com
dgrant@cov.com

*Counsel for Plaintiffs*